United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TARA MCCLUSKEY EL,
Plaintiff,

v.

JAMES G. PERRY, et al.,
Defendants.

No. 3:20-cv-08473-WHA

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

Pro se plaintiff filed a complaint attempting to bring claims under 42 U.S.C. § 1983, 28 U.S.C. §§ 2672, 2674, against defendants, various state and local officials and the Attorney General of the United States. The complaint is borderline incomprehensible, unaided by the more than 230 pages of random attached materials. Nonetheless, it can be gleaned that plaintiff's main grievance is about her treatment in connection with a criminal case from 2014–2015.

Plaintiff twice previously filed nearly identical complaints against the same defendants in the central district, once in 2017 and again in 2018. The central district court dismissed plaintiff's complaints as patently frivolous (Dkt. No. 18-1). So too here.

The complaint is **DISMISSED** with prejudice. All other pending motions are denied as moot. The April 1 case management conference and the April 22 hearing on defendants'

United States District Court
Northern District of California

motion to dismiss are **VACATED**. Final judgment shall be entered in favor of defendants. The Clerk shall **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: March 18, 2021



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE